Jhang/Hsu.CPL

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Senior Legal Counsel
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America



**FILED**
DISTRICT COURT OF GUAM
AUG 2 6 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CHIEN-JUNG HSU and ) <br> SHIH-WEI JHANG, ) <br> ) <br> Defendants. ) <br> ) | CRIMINAL CASE NO. 06-00037 <br><br> **COMPLAINT** <br><br> **CONSPIRACY TO USE UNAUTHORIZED ACCESS DEVICES** <br> [18 U.S.C. §§ 1029(b)(2) and 1029(a)(2)] |

THE UNDERSIGNED COMPLAINANT CHARGES UPON INFORMATION AND BELIEF THAT:

On or about August 25, 2006, in the District of Guam and elsewhere, the defendants, CHIEN-JUNG HSU and SHIH-WEI JHANG, knowingly and with intent to defraud conspired with each other and others to use on or more unauthorized access devices during a one year period, and by such conduct obtain things of valve aggregating $1,000.00 or more during that period when conduct affected interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(b)(2) and 1029(a)(2).

-1-

COMPLAINANT FURTHER STATES:

My name is Timothy Conway, and I am a Special Agent, formerly with the United States Immigration and Naturalization Service, now with United States Immigration and Customs Enforcement, a component of the Department of Homeland Security. I have been employed by these two agencies for over 16 years.

1. My duties include investigation of violations of Titles 8 and 18 of the United States Code as they apply to violations of U.S. immigration laws. The information contained in this affidavit is based upon witness interviews and the collection of evidence conducted by the affiant. Based upon my knowledge, training, and experience with the Immigration and Nationality Act (I&NA), I hereby make the following affidavit relating to the above named defendants:

2. On August 25, 2006, two males identified as Chien-Jung Hsu and Shih-Wei Jhang arrived from Saipan, Northern Mariana Islands on Continental Airlines Flight CO 9605 and presented themselves for inspection before U.S. Customs and Border Protection (CBP) Officers.

3. On August 25, 2006, the above individuals were stopped in transit from Saipan to Guam. They possessed together approximately sixteen (16) credit cards in the names of persons other than their own.

4. Both individuals acknowledged to law enforcement officers that they were attempting to use these credit cards to purchase expensive items in both Saipan and Guam.

5. These individuals acknowledged that they had no right to utilize these credit cards for legitimate purposes.

\\
\\
\\
\\
\\

6. Based on the foregoing, I have probable cause to believe that defendants CHIEN-JUNG HSU and SHIH-WEI JHANG committed the offense of possession of sixteen (16) or more counterfeit or unauthorized access devices in or affecting interstate or foreign commerce, in violation of Title 18, United States Code, Sections 1029(b)(2) and 1029(a)(2).

Dated this 26th day of August, 2006.

TIMOTHY L. CONWAY
Special Agent, ICE

SUBSCRIBED AND SWORN to before me this 26th day of August, 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge