# Criminal Case Cover Sheet   U.S. District Court

**Place of Offense:**

City ___Hagåtña___

Country/Parish ___N/A___

**Related Case Information:**

Superseding Indictment _____ Docket Number ___06-00037___
Same Defendant _____ New Defendant ___XXX___
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ___ No _X_   Matter to be sealed: ___ Yes _X_ No

Defendant Name ___CHIEN-JUNG HSU___

Allisas Name _____

Address _____

Birthdate __1979__ SS# _____ Sex _M_ Race _____ Nationality __Taiwanese__

**U.S. Attorney Information:**

AUSA Frederick A. Black

Interpreter: ___ No _XX_ Yes   List language and/or dialect: _____

**RECEIVED AUG 26 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**Location Status:**

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody

___ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__   ___ Petty ___ Misdemeanor _X_ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 U.S.C. §§ 1029(b)(2) and 1029(a)(2) | Conspiracy to Use Unauthorized Access Devices | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: __8-26-06__   Signature of AUSA: ___Frederick A. Black___