# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**

City: Hagåtña

Country/Parish: N/A

**Related Case Information:**

06-00037

Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant XXX
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ___ No  X   Matter to be sealed: ___ Yes  X  No

Defendant Name: SHIH-WEI JHANG

Allisas Name: _____

Address: _____

Birthdate: 1981   SS# _____   Sex: M   Race: _____   Nationality: Taiwanese

**U.S. Attorney Information:**

AUSA Frederick A. Black

Interpreter: ___ No  XX  Yes   List language and/or dialect: _____

**RECEIVED AUG 26 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**Location Status:**

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody

___ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: 1   ___ Petty   ___ Misdemeanor   X  Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 U.S.C. §§ 1029(b)(2) and 1029(a)(2) | Conspiracy to Use Unauthorized Access Devices | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: 8-26-06   Signature of AUSA: *Frederick A. Black*