AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of **GUAM**

UNITED STATES OF AMERICA

V.

**SHIH-WEI JHANG**

**WARRANT FOR ARREST**

Case Number: **CR-06-00037-002**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to **SHIH-WEI JHANG**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

**CONSPIRACY TO USE UNAUTHORIZED ACCESS DEVICES**

**FILED**
DISTRICT COURT OF GUAM
AUG 2 8 2006
MARY L.M. MORAN
CLERK OF COURT

in violation of Title **18** United States Code, Section(s) **1029(b)(2) and 1029(a)(2)**

**JOAQUIN V. E. MANIBUSAN, JR.**
Name of Issuing Officer

Signature of Issuing Officer

**Magistrate Judge**
Title of Issuing Officer

**August 26, 2006; Hagatna, Guam**
Date and Location

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

DOC
MANGILAO, GUAM

| DATE RECEIVED 8/28/2006 | NAME AND TITLE OF ARRESTING OFFICER TIMOTHY L. CONWAY S/A | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST 8/26/2006 | | |

1805
Interpretalk #244243

ORIGINAL

AO 442   (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:   **SHIH-WEI JHANG**

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____


FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____