# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-06-00037-002                    DATE: August 28, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Reporter: Wanda Miles |
| Courtroom Deputy: Virginia T. Kilgore | Electronically Recorded: 4:27:34 - 4:37:16 |
| CSO: J. Lizama | |

**APPEARANCES:**

Defendant: Shih-Wei Jhang                    Attorney: G. Patrick Civille
　Present　Custody　Bond　P.R.              　Present　Retained　FPD　CJA

U.S. Attorney: Frederick A. Black    U.S. Agent: Tim Conway, Immigration & Customs Enforcement
U.S. Probation: Carleen Borja        U.S. Marshal: G. Perez / J. Curry
Interpreter: Foo Mee Chun Clinard    Language: Chinese Mandarin

**PROCEEDINGS: Initial Appearance re Complaint**
- Financial Affidavit reviewed and accepted: ___G. Patrick Civille___ appointed to represent the defendant.
- Defendant advised of his rights.
- Preliminary Examination set for: September 7, 2006 at 2:30 p.m.
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: Parties had no objection to the recommendation of detention by pretrial. The Court adopted pretrial's recommendation of detention.