FILED
DISTRICT COURT OF GUAM
OCT 12 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT of GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00037 |
| Plaintiff, ) | |
| vs. ) | **ORDER ACCEPTING PLEA OF GUILTY AND ADJUDICATING GUILT, AND NOTICE OF SENTENCING** |
| SHIH-WEI JHANG, ) | |
| Defendant. ) | |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to an Indictment charging him with Conspiracy to Commit Fraud by Possessing Over Fifteen Counterfeit Access Devices, in violation of 18 U.S.C. §§ 2, 371, and 1029(a)(3), is now Accepted and the Defendant is Adjudged Guilty of such offense. All parties shall appear before this Court for sentencing on Wednesday, January 10, 2007, at 10:00 a.m.

IT IS SO ORDERED.

DATED this 11th day of October 2006.

JOHN C. COUGHENOUR*
District Judge

---

* The Honorable John C. Coughenour, United States District Judge for the Western District of Washington, sitting by designation.