**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*

FILED
DISTRICT COURT OF GUAM
JAN - 8 2007
MARY L.M. MORAN
CLERK OF COURT

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE TERRITORY OF GUAM**

UNITED STATES OF AMERICA, Plaintiff,

vs.

**SHIH-WEI JHANG,** Defendant.

CRIMINAL CASE NO. 06-00037-002

**DEFENDANT'S ACCEPTANCE OF PRESENTENCE REPORT**

**I. Acceptance of Presentence Report.** Mr. Jhang, through counsel, accepts the findings set forth in the presentence report.

**II. Suggested Sentence.** The plea agreement negotiated between the United States and the defendant specified that the United States would recommend the minimum term of imprisonment under the Guidelines provided Mr. Jhang fulfilled his duties under the plea agreement. Mr. Jhang has fully performed the duties required of him under the plea agreement, and he believes that the United States will recommend a sentence of six months imprisonment, which is the minimum term under Total Offense Level 10 / Criminal History Category I. Mr. Jhang asks that the Court honor the recommendation in the plea agreement and sentence him to six months incarceration.

ORIGINAL

Mr. Jhang has been incarcerated almost five months. The Court can impose the minimum sentence under the Guidelines with complete assurance that Mr. Jhang will suffer further punishment in the form of being deported from the United States. Upon completion of his term of imprisonment he will be turned over to the immigration authorities and held for deportation. Because of this conviction, Mr. Jhang will be deported.

Accordingly, Mr. Jhang requests that he be sentenced to time served.

Respectfully submitted this 8th day of January, 2007.

**CIVILLE & TANG, PLLC**

By **G. PATRICK CIVILLE**
*Attorneys for Defendant*