# UNITED STATES DISTRICT COURT OF GUAM
## DISTRICT OF GUAM

USA,

        Plaintiff,

                v.

Shih-Wei Jhang,

        Defendant.

# AMENDED NOTICE

CASE NUMBER: 1:06-cr-00037-002

[ ] **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE<br>U.S. Courthouse<br>520 W. Soledad Avenue<br>Hagatna, GU 96910 | ROOM NO.<br><br>DATE AND TIME |
| --- | --- |

TYPE OF PROCEEDING

## *SENTENCING*

[ X ] **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE<br>U.S. Courthouse<br>520 W. Soledad Avenue<br>Hagatna, GU 96910 | DATE AND TIME PREVIOUSLY SCHEDULED<br>**Wednesday, January 10, 2007 at 10:00 a.m.** | CONTINUED TO DATE AND TIME<br>**Thursday, January 18, 2007 at 10:30 a.m.** |
| --- | --- | --- |

MARY L.M. MORAN

CLERK OF COURT

January 9, 2007

DATE

/s/ Virginia T. Kilgore

(BY) DEPUTY CLERK

TO: U.S. Attorney's Office
     G. Patrick Civille
     U.S. Probation Office
     U.S. Marshals Service