CASE NO.: CR-06-00037-002  DATE: January 18, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley   Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore   Electronically Recorded: 12:04:49 - 12:34:38
CSO: J. Lizama / F. Tenorio

**APPEARANCES:**
Defendant: Shih-Wei Jhang   Attorney: G. Patrick Civille
☑ Present ☑ Custody ☐ Bond ☐ P.R.   ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Frederick A. Black   U.S. Agent: William Chan, Secret Service
U.S. Probation: Stephen Guilliot   U.S. Marshal: D. Punzalan / C. Marquez
Interpreter: Foo Mee Chun Clinard   Language: Chinese Mandarin

**PROCEEDINGS: Sentencing**
- Defendant committed to the Bureau of Prisons for a term of <u>time served.</u>
- Upon release from imprisonment, defendant is placed on supervised release for a term of <u>3 years</u>, with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $100.00 to be paid immediately after sentencing.
- Defendant advised of appeal rights.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: